IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 26 AM 6:42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 04-20397-Ma

FREDDIE FORD,

    Defendant.

---

ORDER CONDITIONALLY WAIVING APPEARANCE AT REPORT DATE

---

On August 24, 2005, counsel for defendant Freddie Ford, filed a motion to waive the appearance of the defendant at the report date scheduled on August 26, 2005. For good cause shown, the motion is granted and the appearance of the defendant is waived on the condition that counsel file with the court a written waiver signed by the defendant. Upon its receipt, counsel shall immediately file the required written waiver.

It is so ORDERED this 25th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-30-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CR-20397 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Carlos Perez Olivo
LAW OFFICE OF CARLOS PEREZ OLIVO
80-02 Kew Gardens Road
Ste. 1040
Kew Gardens, NY 11415

Honorable Samuel Mays
US DISTRICT COURT