IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 26 AM 6: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.  NO. 04-20397-Ma

FREDDIE FORD,

    Defendant.

---

ORDER GRANTING MOTION TO WITHDRAW AND
REFERRING MATTER TO MAGISTRATE JUDGE FOR APPOINTMENT OF COUNSEL

---

Before the court is the August 17, 2005, motion to withdraw filed by Marty B. McAfee, appointed counsel for the defendant Freddie Ford. For good cause shown, the motion is granted and Mr. McAfee is allowed to withdraw from representing the defendant in this matter. The matter is referred to the magistrate judge for appointment of counsel for the defendant pursuant to the Criminal Justice Act.

It is so ORDERED this 25th day of August, 2005.

                SAMUEL H. MAYS, JR.
                UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:04-CR-20397 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Carlos Perez Olivo
LAW OFFICE OF CARLOS PEREZ OLIVO
80-02 Kew Gardens Road
Ste. 1040
Kew Gardens, NY 11415

Honorable Samuel Mays
US DISTRICT COURT